**Semico GLIN, Appellant,**

v.

**Kurtis Keith GLIN, Appellee.**

**No. 1D15–0811.**

District Court of Appeal of Florida, First District.

May 22, 2015.

Rehearing Denied Aug. 5, 2015.

Semico Glin, pro se, Appellant.

No appearance for Appellee.

PER CURIAM.

DISMISSED. *See Doran v. Doran*, 57 So.3d 933 (Fla. 1st DCA 2011) (dismissing appeal where order reserved jurisdiction over non-collateral issue of child support). *Cf. Dirienzo–Gluhareff v. Gluhareff*, 865 So.2d 7 (Fla. 1st DCA 2004) (affirming denial of post-dissolution motion to enforce temporary support obligation because issue was waived upon entry of final judgment). This dismissal is without prejudice to appellant timely seeking appeal once the temporary child support issue has been resolved.

THOMAS, MARSTILLER, and BILBREY, JJ., concur.

■

**James C. PADGETT, Petitioner,**

v.

**DEPARTMENT OF CORRECTIONS, Respondent.**

**No. 1D15–3513.**

District Court of Appeal of Florida, First District.

Nov. 16, 2015.

James C. Padgett, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee; Kenneth S. Steely, General Counsel, Department of Corrections, Tallahassee, for Respondent.

PER CURIAM.

Because this petition seeks belated appeal of a civil matter, the petition is dismissed without prejudice to petitioner's right to seek relief in the circuit court. *See generally, Milord v. Florida Parole Comm'n*, 4 So.3d 762 (Fla. 1st DCA 2009) (Browning, J., concurring).

LEWIS, ROWE, and BILBREY, JJ., concur.